AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| STATE OF TEXAS, by through its Attorney General, Ken Paxton; and W&T Offshore, Inc. <br><br> *Plaintiff(s)* <br> v. <br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, <br><br> *Defendant(s)* | Civil Action No. 9:25-cv-10 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joseph R. Biden Jr., in his official capacity as President of the United States
c/o U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan G. Kercher
209 W. 14th Street
Austin, TX 78701

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   **1/21/2025**

*CLERK OF COURT*

David A. O'Toole

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 9:25-CV-10

Plaintiff:
**STATE OF TEXAS, by through its Attorney General, Ken Paxton; and W&T Offshore, Inc.**

vs.

Defendant:
**JOSEPH R. BIDEN, JR., in his official capacity as President of the United States,**

For:
Office of the Attorney General of Texas
808 Travis Street, Suite 1520
Houston, TX 77002

Received by Sara Brucia on the 28th day of January, 2025 at 12:40 pm to be served on **Joseph R. Biden Jr., In His Official capacity As President Of The United States, 950 Pennsylvania Ave. Nw, Washington, DC 20530**.

I, Sara Brucia, being duly sworn, depose and say that on the **29th day of January, 2025 at 4:15 pm, I:**

delivered, in person, a true and correct copy of the **SUMMONS IN A CIVIL ACTION with COMPLAINT, EXHIBIT "1", EXHIBIT "2", and CIVIL COVER SHEET** with the date of service endorsed thereon by me, to **Dyan Stanford, Legal Admin Specialist,** who is **authorized** to accept for the **U.S. District Attorney Offices,** who is **authorized** to accept for **Joseph R. Biden Jr., In His Official capacity As President Of The United States**, at the address of **415 South First Street Suite 201, Lufkin, Angelina County, TX 75901.**

I am over the age of 18, of sound mind and neither a party to or interested in the above suit. I have personal knowledge of the facts stated above. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state or federal jurisdiction.

Subscribed and Sworn to before me on the 30th day of January, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

BRANDON BRUCIA
Notary Public, State of Texas
Comm. Expires 07-27-2026
Notary ID 133879926

Sara Brucia
PSC-15401   Exp. 8/31/2026
01/30/2025
Date

**Process To Process Deliveries**
Po Box 681081
Houston, TX 77268

Our Job Serial Number: LND-2025000145

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a