IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STATE OF TEXAS, by and through its Attorney General, Ken Paxton; and W&T OFFSHORE, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | Civil Action No. 9:25-cv-00010 |

**JOINT MOTION TO VACATE CURRENT DEADLINES AND THE MAY 22, 2025 CASE MANAGEMENT CONFERENCE**

Plaintiffs the State of Texas, by and through its Attorney General Ken Paxton, and W&T Offshore, Inc., and Defendant Donald J. Trump, in his official capacity as President of the United States, hereby jointly move to vacate the current deadlines and the May 22, 2025 case management conference.

Plaintiffs challenge a memorandum issued by President Biden on January 6, 2025 withdrawing areas of the outer continental shelf ("OCS") from oil and gas leasing. The affected areas are off of the Pacific and Atlantic Coasts and in the Gulf of America. Plaintiffs allege that President Biden's action exceeded his authority under section 12(a) of the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. § 1341(a).[1] Shortly after taking office, President Trump rescinded

---

[1] A similar challenge to President Biden's withdrawal memorandum is pending in the Western District of Louisiana. *See* Compl., *Louisiana v. Trump*, No. 2:25-71 (W.D. La. Jan. 17, 2025).

1

the Biden memorandum, but that rescission is subject to a challenge in the District of Alaska. *See* Compl., *N. Alaska Envtl. Ctr.*, No. 3:25-cv-38 (D. Ak. Feb. 19, 2025).

Pursuant to the Court's April 1, 2025 Order Setting Civil Action for Rule 16 Management Conference ("Scheduling Order"), ECF No. 6, the parties met and conferred on April 18, 2025. The parties discussed a variety of issues, including the potential necessity and scope of discovery in this case, as well as a possible timetable for briefing the case. The parties have also been informed that several environmental groups intend to move to intervene in the case. To allow time for that motion to be resolved and for the parties to further discuss how this case should proceed, the parties agree that it would conserve the resources of both the parties and the Court to wait before proceeding to the next steps of this litigation. In addition, Plaintiffs' counsel has an upcoming civil trial beginning May 21, 2025, that will last at least four weeks and require substantial resources.

The parties therefore request that this Court vacate the deadlines in the Scheduling Order and the May 22, 2025 Rule 16 Management Conference. Following Plaintiffs' counsels' trial, the parties intend to confer and file another joint status report regarding a proposed schedule in this case. The parties will do so no later than July 18, 2025.

Dated: April 25, 2025.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

Respectfully submitted,

*/s/ Ryan G. Kercher (with permission)*
**RYAN G. KERCHER**
Deputy Chief, Special Litigation Division
Texas State Bar No. 24060998

**ZACHARY BERG**
Special Counsel
Texas State Bar No. 24107706

Ryan.Kercher@oag.texas.gov
Zachary.Berg@oag.texas.gov
**COUNSEL FOR THE STATE OF TEXAS**

*/s/ George J. Hittner (with permission)*

**GEORGE J. HITTNER**
Executive Vice President and General Counsel
Texas State Bar No. 24038959

**RALPH E. IMPERATO**
Vice President and Deputy General Counsel
Tex. State Bar No. 24038112

W&T OFFSHORE, INC.
5718 Westheimer Rd, Ste. 700
Houston, Texas 77057
(713) 626-8525
ghittner@wtoffshore.com
timperato@wtoffshore.com

and

**YASSER A. MADRIZ**
Texas State Bar No. 24037015
McGuireWoods LLP
845 Texas Ave., Suite 2400
Houston, Texas 77002

3

(832) 255-6361
ymadriz@mcguirewoods.com

**COUNSEL FOR W&T OFFSHORE, INC.**

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
Telephone: (303) 844-1376
Facsimile: (303) 844-1350
Email: luke.hajek@usdoj.gov

*Counsel for Defendant*