IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STATE OF TEXAS, by and through its Attorney General, Ken Paxton; and W&T OFFSHORE, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | Civil Action No. 9:25-cv-00010 |

### [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Vacate Current Deadlines and the May 22, 2025 Case Management Conference, and finding good cause to grant the motion, it is hereby ordered that the motion is **GRANTED**.  The deadlines in the Court's April 1, 2025 Order Setting Civil Action for Rule 16 Management Conference, ECF No. 6, and the May 22, 2025 case management conference are vacated.  The parties shall submit a proposed schedule for resolving this case no later than July 18, 2025.

**IT IS SO ORDERED**.