# EXHIBIT 1

Since 1988 Mr. Skol has served as Deputy Assistant Secretary of State for the Bureau of Inter-American Affairs. Prior to this, he served as Director of the Office of Andean Affairs, 1987–1988; Minister-Counselor for the U.S. Embassy in Bogota, Colombia, 1985–1987; Deputy Director of the Bureau of Inter-American Affairs in the Office of Policy Planning and Coordination at the State Department, 1982–1985. In addition, Mr. Skol has served as Political Counselor in San José, Costa Rica, 1978–1982; commercial attaché in Rome, 1976–1978; economic/commercial officer in Naples, 1975–1976; and commercial attaché in Santo Domingo, Dominican Republic, 1972–1975. He also served as a desk officer at the State Department Bureau of Inter-American Affairs for Paraguay and Uruguay, 1971–1972, and Costa Rica, 1970–1971; a political officer in Saigon, Vietnam, 1967–1968; and a political officer in Buenos Aires, Argentina, 1966–1967. Mr. Skol entered the Foreign Service in 1965 and became a member of the Senior Foreign Service in 1984.

Mr. Skol graduated from Yale University (B.A., 1964). He was born October 15, 1942, in Chicago, IL. Mr. Skol is married and resides in Washington, DC.

## Statement on Outer Continental Shelf Oil and Gas Development
*June 26, 1990*

I have often stated my belief that development of oil and gas on the outer continental shelf (OCS) should occur in an environmentally sound manner.

I have received the report of the interagency OCS Task Force on Leasing and Development off the coasts of Florida and California and have accepted its recommendation that further steps to protect the environment are needed.

Today I am announcing my support for a moratorium on oil and gas leasing and development in Sale Area 116, Part II, off the coast of Florida; Sale Area 91, off the coast of northern California; Sale Area 119, off the coast of central California; and the vast majority of Sale Area 95, off the coast of southern California, until after the year 2000. The combined effect of these decisions is that the coast of southwest Florida and more than 99 percent of the California coast will be off limits to oil and gas leasing and development until after the year 2000.

Only those areas which are in close proximity to existing oil and gas development in Federal and State waters, comprising less than 1 percent of the tracts off the California coast, *may* be available before then. These areas, concentrated in the Santa Maria Basin and the Santa Barbara Channel, will not be available for leasing in any event until 1996, and then only if the further studies for which I am calling in response to the report of the National Academy of Sciences satisfactorily address concerns related to these tracts.

I am also approving a proposal that would establish a National Marine Sanctuary in California's Monterey Bay and provide for a *permanent* ban on oil and gas development in the sanctuary, and I am asking the Secretary of the Interior to begin a process that may lead to the buyback and cancellation of *existing* leases in Sale Area 116, Part II, off southwest Florida.

In addition, I am directing the Secretary of the Interior to delay leasing and development in several other areas where questions have been raised about the resource potential and the environmental implications of development. For Sale Area 132, off the coasts of Washington and Oregon, I am accepting the recommendation of the Secretary that further leasing and development activity be deferred until a series of environmental studies are completed, and directing that no such activity take place until after the year 2000. I am also canceling Lease Sale 96, in the Georges Bank area of the North Atlantic, and directing that no leasing and development activity take place in this area until after the year 2000. This will allow time for additional studies to determine the resource potential of the area and address the environmental and scientific concerns which have been raised.

Finally, I am today directing the Secretary to take several steps to improve the OCS program and respond to several of the concerns expressed by the task force. My goal is to create a much more carefully targeted OCS program, one that is responsive

to local concerns, to environmental concerns, *and* to the need to develop prudently our nation's domestic energy resources. Although I have today taken these strong steps to protect our environment, I continue to believe that there are significant offshore areas where we can and must go forward with resource development.

While I believe that a leaner OCS program will ultimately be more effective, Americans must recognize that the OCS program is a vital source of fuel for our growing economy. My desire is to achieve a *balance* between the need to provide energy for the American people and the need to protect unique and sensitive coastal and marine environments.

*Note: On the same day the Office of the Press Secretary also released a fact sheet entitled "Presidential Decisions Concerning Oil and Gas Development on the Outer Continental Shelf." Excerpts from that fact sheet follow:*

### Guiding Principles

The President's decisions were based on the following principles:

(1) *Adequate Information and Analysis.* Adequate scientific and technical information regarding the resource potential of each area considered for leasing and the environmental, social, and economic effects of oil and gas activity must be available and subjected to rigorous scrutiny before decisions are made. No new leasing should take place without such information and analysis.

(2) *Environmental Sensitivity.* Certain areas off our coasts represent unique natural resources. In those areas, even the small risks posed by oil and gas development may be too great. In other areas, where science and experience and new recovery technologies show development may be safe, development will be considered.

(3) *Resource Potential.* Priority for development should be given to those areas with the greatest resource potential. Given the inexact nature of resource estimation, particularly offshore, priority should be given to those areas where earlier development has proven the existence of economically recoverable reserves.

(4) *Energy Requirements.* The requirements of our nation's economy for energy and the overall costs and benefits of various sources of energy must be considered in deciding whether to develop oil and gas offshore. The level of petroleum imports, which has been steadily increasing, is a critical factor in this assessment.

(5) *National Security Requirements.* External events, such as supply disruptions, might require a reevaluation of the OCS program. All decisions regarding OCS development are subject to a national security exemption. If the President determines that national security requires development in the areas of these three lease sales or in other areas, he has the ability to direct the Interior Department to open the areas for development.

### General OCS Decisions

The President also decided that:

(1) Air quality controls for oil and gas development offshore California should be substantially the same as those applied onshore.

(2) Immediate steps should be taken to improve the ability of industry and the Federal Government to respond to oilspills offshore, regardless of their source.

(3) Federal agencies should develop a plan to reduce the possibility of oilspills offshore from whatever source, including and especially from tanker traffic. This plan should include moving tanker routes further away from sensitive areas near the Florida Keys and the Everglades.

### Restructuring the OCS Program

The President directed Interior Secretary Lujan to take three actions to improve the overall OCS program:

(1) Improve the information needed to make decisions on OCS development by conducting the studies identified by the National Academy of Sciences and studies to explore new technologies for alleviating the risks of oilspills from OCS platforms and new oil and gas drilling technologies, such as subsea completion technology.

(2) Target proposed sale areas in future OCS 5-year plans to give highest priority to areas with high resource potential and low environmental risk. This will result in offer-

oceanographer Jean-Michel Cousteau; Tony Coelho, U.S. Commissioner General, 1998 World Exposition in Lisbon, Portugal; Lt. Gov. Gray Davis of California; and graduate students Nancy Eufemia and Raphael Sagarin, researchers, Hopkins Marine Station. Dr. Earle, Messrs. Talbot and Cousteau, and the staff, faculty, and graduate students of Moss Marine Laboratories were awarded the National Oceanic and Atmospheric Administration's Environmental Hero Award. This item was not received in time for publication in the appropriate issue.

## Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

*June 12, 1998*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority granted in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing through June 30, 2012, those areas of the Outer Continental Shelf currently under moratoria pursuant to sections 108–111 of Public Law 105–83.

I further withdraw from disposition by leasing for a time period without specific expiration those areas of the Outer Continental Shelf currently designated Marine Sanctuaries under the Marine Protection, Research, and Sanctuaries Act of 1972, 16 U.S.C. 1431–1434, 33 U.S.C. 1401 *et seq.*

Nothing in this withdrawal affects the rights under existing leases in these areas. Each of these withdrawals is subject to revocation by the President in the interest of national security.

William J. Clinton

NOTE: This item was not received in time for publication in the appropriate issue.

## Remarks at a Reception for Senator Barbara Boxer in San Francisco, California

*June 12, 1998*

*The President.* Thank you very much. First, let me say that I'm not sure it evidences good judgment to try to follow Barbara and Hillary to the microphone. [*Laughter*] But they certainly did a good job, and I enjoyed listening to them. Let me also thank, before I go too far, the San Raphael High School Advanced Jazz Band. They did a great job, and thank you all for playing.

I thank our State Democratic chair, Art Torres, for being here, and all the candidates and officeholders who have come to support Barbara. When I was listening to Senator Boxer and the First Lady talk, and I was watching you listen to them talk, I said to myself, "Well, all these people are for her anyway." [*Laughter*] "So what should I say that would help them get other people to be for her?" And that's what Hillary was trying to do.

Why should a farmer in the San Joaquin Valley vote for this not very tall sparkplug from Northern California who is supposed to be so liberal? [*Laughter*] Why should a businessman in the Silicon Valley? Why should a woman running a small tourist inn in the redwood forest? Why should someone struggling to make ends meet in Los Angeles? Why should someone in San Diego worried about whether there's too much pollution or illegal immigration or whatever on the border? Why should everybody else vote for her, people that aren't here today? That's the case you have to make, you know.

And if you think about the nature of our political debates and the nature of the way the political parties behave in Washington and what our administration has tried to do, I think it really comes down to whether you want progress or politics to dominate the national arena.

Barbara said some of this, and at the risk of being self-serving—I don't want to be—but I want to read this to you, because when I came to you in California in 1991 and '92, I said, "Look, you guys are having a tough time out here, and I know this is the biggest

FBI Day. I call upon all Americans to recognize the 100th anniversary of the Federal Bureau of Investigation.

**In Witness Whereof,** I have hereunto set my hand this fourteenth day of July, in the year of our Lord two thousand eight, and of the Independence of the United States of America the two hundred and thirty-third.

                                George W. Bush

[Filed with the Office of the Federal Register, 12:03 p.m., July 16, 2008]

NOTE: This proclamation was published in the *Federal Register* on July 17.

## Memorandum on Modification of the Withdrawal of Areas of the United States Outer Continental Shelf From Leasing Disposition

*July 14, 2008*

*Memorandum for the Secretary of the Interior*

*Subject:* Modification of the Withdrawal of Areas of the United States Outer Continental Shelf from Leasing Disposition

Under the authority vested in me as President of the United States, including section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby modify the prior memoranda of withdrawals from disposition by leasing of the United States Outer Continental Shelf issued on August 4, 1992, and June 12, 1998, as modified on January 9, 2007, to read only as follows:

> Under the authority vested in me as President of the United States, including section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing, for a time period without specific expiration, those areas of the Outer Continental Shelf designated as of July 14, 2008, as Marine Sanctuaries under the Marine Protection, Research, and Sanctuaries Act of 1972, 16 U.S.C. 1431–1434, 33 U.S.C. 1401 *et seq.*

Nothing in this withdrawal affects the rights under existing leases in these areas.

                                George W. Bush

## The President's News Conference
*July 15, 2008*

*The President.* Good morning. It's been a difficult time for many American families who are coping with declining housing values and high gasoline prices. This week, my administration took steps to help address both these challenges.

To help address challenges in the housing and financial markets, we announced temporary steps to help stabilize them and increase confidence in Fannie Mae and Freddie Mac. These two enterprises play a central role in our housing finance system, so Treasury Paulson has worked with the Federal Reserve Chairman, Bernanke, so that the companies and the Government regulators—put the companies and the Government regulators on a plan to strengthen these enterprises. We must ensure they can continue providing access to mortgage credit during this time of financial stress.

I appreciate the positive reaction this plan has received from many Members of Congress. I urge Members to move quickly to enact the plan in its entirety, along with the good oversight legislation that we have recommended for both Fannie Mae and Freddie Mac. This is a part of a—should be part of the housing package that is moving its way through the Congress. And I hope they move quickly. The newly proposed authorities will be temporary and used only if needed. And as we work to maintain the health of Fannie Mae and Freddie Mac, we'll work to ensure that they remain shareholder-owned companies.

To help address the pressure on gasoline prices, my administration took action this week to clear the way for offshore exploration on the Outer Continental Shelf. It's what's called OCS. Congress has restricted access to key parts of the OCS since the early 1980s. I've called on Congress to remove the ban. There was also an executive prohibition on



*Administration of Barack Obama, 2014*

## Memorandum on Withdrawal of Certain Areas of the United States Outer Continental Shelf From Leasing Disposition
*December 16, 2014*

*Memorandum for the Secretary of the Interior*

*Subject:* Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition

Consistent with principles of responsible public stewardship entrusted to this office, with due consideration of the importance of Bristol Bay and the North Aleutian Basin Planning Area to subsistence use by Alaska Natives, wildlife, wildlife habitat, and sustainable commercial and recreational fisheries, and to ensure that the unique resources of Bristol Bay remain available for future generations, I hereby revoke my memorandum of March 31, 2010 (Withdrawal of Certain Areas of the United States Outer Continental Shelf from Leasing Disposition), and direct as follows:

Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing for a time period without specific expiration the area of the Outer Continental Shelf currently designated by the Bureau of Ocean Energy Management as the North Aleutian Basin Planning Area (Area), including Bristol Bay, offshore Alaska. This withdrawal prevents consideration of this Area for any oil or gas leasing for purposes of exploration, development, or production.

Nothing in this withdrawal affects the rights under existing leases in this Area.

BARACK OBAMA

*Categories:* Communications to Federal Agencies : United States Outer Continental Shelf, withdrawal of certain areas from leasing disposition, memorandum.

*Subjects:* American Indians and Alaska Natives : Tribal nations, relations with Federal Government; Energy : Domestic sources; Energy : Offshore oil and gas drilling; Environment : Conservation :: Wildlife preservation, strengthening efforts.

*DCPD Number:* DCPD201400934.

1

*Administration of Barack Obama, 2016*

## Executive Order 13754—Northern Bering Sea Climate Resilience
*December 9, 2016*

By the authority vested in me as the President by the Constitution and the laws of the United States of America, including the Outer Continental Shelf Lands Act, 43 U.S.C. 1331 *et seq.*, it is hereby ordered as follows:

*Section 1. Purpose.* As recognized in Executive Order 13689 of January 21, 2015, (Enhancing Coordination of National Efforts in the Arctic), Arctic environmental stewardship is in the national interest. In furtherance of this principle, and as articulated in the March 10, 2016, U.S.-Canada Joint Statement on Climate, Energy, and Arctic Leadership, the United States has resolved to confront the challenges of a changing Arctic by working to conserve Arctic biodiversity; support and engage Alaska Native tribes; incorporate traditional knowledge into decisionmaking; and build a sustainable Arctic economy that relies on the highest safety and environmental standards, including adherence to national climate goals. The United States is committed to achieving these goals in partnership with indigenous communities and through science-based decisionmaking. This order carries forth that vision in the northern Bering Sea region.

The Bering Sea and Bering Strait are home to numerous subsistence communities, rich indigenous cultures, and unique marine ecosystems, each of which plays an important role in maintaining regional resilience. The changing climate and rising average temperatures are reducing the occurrence of sea ice; changing the conditions for fishing, hunting, and subsistence whaling; and opening new navigable routes to increased ship traffic. The preservation of a healthy and resilient Bering ecosystem, including its migratory pathways, habitat, and breeding grounds, is essential for the survival of marine mammals, fish, seabirds, other wildlife, and the subsistence communities that depend on them. These communities possess a unique understanding of the Arctic ecosystem, and their traditional knowledge should serve as an important resource to inform Federal decisionmaking.

*Sec. 2. Policy.* It shall be the policy of the United States to enhance the resilience of the northern Bering Sea region by conserving the region's ecosystem, including those natural resources that provide important cultural and subsistence value and services to the people of the region. For the purpose of carrying out the specific directives provided herein, this order delineates an area hereafter referred to as the "Northern Bering Sea Climate Resilience Area," in which the exercise of relevant authorities shall be coordinated among all executive departments and agencies (agencies). All agencies charged with regulating, overseeing, or conducting activities in the Northern Bering Sea Climate Resilience Area shall do so with attention to the rights, needs, and knowledge of Alaska Native tribes; the delicate and unique ecosystem; the protection of marine mammals, fish, seabirds, and other wildlife; and with appropriate coordination with the State of Alaska.

The boundary of the Northern Bering Sea Climate Resilience Area includes waters within the U.S. Exclusive Economic Zone bounded to the north by the seaward boundary of the Bering Straits Native Corporation established pursuant to the Alaska Native Claims Settlement Act; to the south by the southern boundaries of the Northern Bering Sea Research Area, the St. Matthew Habitat Conservation Area, and the Nunivak-Kuskokwim Habitat Conservation Area; and to the west by the maritime boundary delimited by the Agreement Between the

1

United States of America and the Union of Soviet Socialist Republics on the Maritime Boundary, signed at Washington, June 1, 1990.

*Sec. 3. Withdrawal.* Under the authority granted to me in section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), I hereby withdraw from disposition by leasing for a time period without specific expiration the following areas of the Outer Continental Shelf: (1) the area currently designated by the Bureau of Ocean Energy Management as the Norton Basin Planning Area; and (2) the Outer Continental Shelf lease blocks within the Bureau of Ocean Energy Management's St. Matthew-Hall Planning Area lying within 25 nautical miles of St. Lawrence Island. The boundaries of the withdrawn areas are more specifically delineated in the attached map and, with respect to the St. Matthew-Hall Planning Area, the accompanying table of withdrawn Outer Continental Shelf lease blocks. Both the map and table form a part of this order, with the table governing the withdrawal and withdrawal boundaries within the St. Matthew-Hall Planning Area. This withdrawal prevents consideration of these areas for future oil or gas leasing for purposes of exploration, development, or production. This withdrawal furthers the principles of responsible public stewardship entrusted to this office and takes due consideration of the importance of the withdrawn area to Alaska Native tribes, wildlife, and wildlife habitat, and the need for regional resiliency in the face of climate change. Nothing in this withdrawal affects rights under existing leases in the withdrawn areas.

*Sec. 4. Task Force on the Northern Bering Sea Climate Resilience Area.* (a) There is established a Task Force on the Northern Bering Sea Climate Resilience Area (Bering Task Force), under the Arctic Executive Steering Committee (AESC) established in Executive Order 13689, to be co-chaired by an office of the Department of the Interior, the National Oceanic and Atmospheric Administration, and the U.S. Coast Guard.

(b) The membership of the Bering Task Force (member agencies) shall include, in addition to the Co-Chairs, designated senior-level representatives from:

    (i) the Department of State;

    (ii) the Department of Defense;

    (iii) the Department of Transportation;

    (iv) the Environmental Protection Agency;

    (v) the U.S. Army Corps of Engineers;

    (vi) the U.S. Arctic Research Commission;

    (vii) the National Science Foundation; and

    (viii) such agencies and offices as the Co-Chairs may designate.

(c) Consistent with the authorities and responsibilities of its member agencies, the Bering Task Force, with the purpose of advancing the United States policy in the Northern Bering Sea Climate Resilience Area as set forth in section 2 of this order, shall:

    (i) Establish and provide regular opportunities to consult with the Bering Intergovernmental Tribal Advisory Council as described in section 5 of this order;

    (ii) Coordinate activities of member agencies, including regulatory, policy, and research activities, affecting the Northern Bering Sea Climate Resilience Area and its value for subsistence and cultural purposes;