# **EXHIBIT 4**



# 2024–2029 National Outer Continental Shelf Oil and Gas Leasing **Proposed Final Program**

SEPTEMBER 2023



Bureau of Ocean Energy Management



# 2024–2029 NATIONAL OUTER CONTINENTAL SHELF OIL AND GAS LEASING

# Proposed Final Program





September 2023

needs are met. BOEM continues to review research on potential net-zero emissions pathways and implications for the National OCS Program and has reviewed available data to refine its analysis in this PFP. Importantly, the Secretary may conduct new environmental and technical analyses on an ongoing basis to help inform lease sale decisions. These additional decision points allow the Secretary to consider new information about national energy needs, policy direction, or other factors when choosing whether to hold any lease sale.

The Inflation Reduction Act (IRA, P.L. 117-169) was enacted on August 16, 2022, shortly after the Proposed Program was published. The IRA offers funding, programs, and incentives designed to accelerate the transition to a clean energy economy and drive significant deployment of new clean energy resources. The Energy Information Administration (EIA) forecasts for the effects of certain IRA provisions have been incorporated into the forecasts used in the analysis presented herein and considered by the Secretary in making this Final Proposal.

**Final Proposal: 2024–2029 Lease Sale Schedule**

After carefully considering public input and the OCS Lands Act Section 18(a)(2) factors, this Final Proposal includes three potential OCS oil and gas lease sales in the Gulf of Mexico (GOM) Program Area, which includes the Western GOM Planning Area and the portions of the Central and Eastern GOM planning areas not currently under Presidential withdrawal (see **Section 4.6**), where more than 99% of current OCS production occurs. Notwithstanding this Final Proposal, the Secretary retains the discretion at the lease sale stage to determine whether, when, and under what terms, a lease sale should be held and the precise acreage to be offered.

An option for a potential lease sale in the northern portion of the Cook Inlet Planning Area was identified in the Second Proposal and analyzed as part of the PFP and Final Programmatic EIS. Based on consideration of Section 18 requirements and factors, a Cook Inlet lease sale is not included in this Final Proposal.

**Table 1** reflects the schedule of potential lease sales for 2024–2029. **Figure 2** depicts the program area remaining in this National OCS Program.

Table 1: 2024–2029 Proposed Final Program Lease Sale Schedule

| Count | Sale Number | Sale Year | OCS Region and Program Area |
|---|---|---|---|
| 1 | 262 | 2025 | Gulf of Mexico: GOM Program Area |
| 2 | 263 | 2027 | Gulf of Mexico: GOM Program Area |
| 3 | 264 | 2029 | Gulf of Mexico: GOM Program Area |

Table 4-2: General Leasing History Statistics per OCS Region (as of September 2023) 

| Region | Existing Leases | First Lease Sale | Most Recent Lease Sale |
|---|---|---|---|
| Alaska | Total: 21<br>Beaufort Sea: 6<br>Cook Inlet: 15 | 1976<br>(Gulf of Alaska) | 2022<br>(Cook Inlet) |
| Pacific | Total: 30<br>(Southern California) | 1963<br>(Northern, Central, and Southern California) | 1984<br>(Southern California) |
| Gulf of Mexico | Total: 2,249<br>Western GOM: 398<br>Central GOM: 1,838<br>Eastern GOM: 13 | 1954 | 2023<br>(GOM)* |
| Atlantic | 0 | 1959<br>(Straits of Florida) | 1983<br>(Mid-Atlantic, South Atlantic) |

**Key**: * = Does not include areas withdrawn from leasing consideration under Section 12(a) of the OCS Lands Act (43 U.S.C. §1341(a)).

## 4.2     Areas Currently Restricted from OCS Oil and Gas Leasing

Restrictions on OCS leasing can originate outside the National OCS Program development process.  Areas may be withdrawn by the President under Section 12(a) of the OCS Lands Act, 43 U.S.C. § 1341(a), and are referred to as Presidential withdrawals (also called executive withdrawals).  Additionally, areas can be withdrawn or otherwise made unavailable for leasing by the President under the Antiquities Act, or by Congress by statute (e.g., the now-expired GOMESA moratorium).

Table 4-3 lists the areas under restriction from OCS oil and gas leasing and the status of the restriction.  Additional information on areas under restriction and maps can be found at https://www.boem.gov/oil-gas-energy/leasing/areas-under-restriction.