UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>　　　　　　*Plaintiffs*,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States<br><br>　　　　　　*Defendant*,<br>　and<br><br>FRIENDS OF THE EARTH, et al.,<br><br>　　　　　　*Intervenor-Defendants*. | Case No. 9:25-cv-00010-MJT |

## DECLARATION OF HALLIE TEMPLETON

I, Hallie Templeton, declare as follows:

　　1.　　I have personal knowledge of the matters asserted in this declaration, and if called upon to testify, would state the same.

　　2.　　I am the Legal Director for Friends of the Earth (FoE), a 501(c)(3) non-profit, membership-based organization with a headquarters office located in Washington, D.C and a regional office in Oakland, California. FoE currently has over 4.1 million activists and over 244,000 members, located across all 50 states and the District of Columbia. FoE's primary mission is to defend the environment and champion a more healthy and just world by collectively ensuring environmental and social justice, human dignity, and respect for human rights and peoples' rights.

　　3.　　In furtherance of FoE's mission, its board members, staff, members, and activists are dedicated to fighting climate change and advocating for clean energy alternatives. FoE's

1

Climate & Energy and Oceans & Vessels programs directly engage in administrative and legislative advocacy, and litigation when needed, to protect the environment and society from climate change, pollution, and industrialization associated with fossil fuel development and greenhouse gas emissions. Key to this work is fighting to reduce greenhouse gas emissions and domestic reliance on fossil fuels, and advance clean energy; both because climate change produced by fossil fuel extraction threatens marine biodiversity, and because the industrial activities inherent in oil and gas development pose direct risks to wildlife. To this end, we pay close attention to federal decisions related to authorizing oil and gas operations, with an interest in ensuring that those activities do not harm protected wildlife and are undertaken in compliance with pertinent federal laws, such as the Outer Continental Shelf Lands Act, National Environmental Policy Act, Endangered Species Act, and the Administrative Procedure Act.

4. FoE board members, staff, members, and activists use and enjoy federal public lands and waters that are impacted by oil and gas activities. These uses include recreational, commercial, and subsistence activities such as wildlife viewing, photography, paddling, swimming, meditating, fishing, and clamming and other shellfish harvesting. Our enjoyment of these activities is heavily dependent on the health, abundance, and protection of the surrounding ecosystem and wildlife.

5. Oil and gas activities in places like the Gulf of Mexico are already harming the interests that FoE's board members, staff, members, and activists have in conserving wildlife, especially protected species and their habitats. As part of our comprehensive campaign to end oil and gas leasing, we are dedicated to ensuring that this harm does not increase in the Gulf and does not expand into other areas of our nation's offshore territory.

6. FoE and its board members, staff, members, and activists are also harmed by the significant impacts of climate change. These harms and impacts are caused in part by federal fossil fuel leasing and development, including from the exploration, extraction, and combustion of the substantial amount of oil and gas produced just in the United States. Rising sea levels and increased storm activity caused by climate change are directly related to the work that FoE does through its Ocean & Vessels and Climate & Energy programs. Sea level change, storm intensity, and other effects of climate change also affect our board, staff, members, and activists who live, work, and recreate in coastal areas. In recent years, climate change has been linked to myriad problems affecting the health and vitality of marine waters throughout the United States, including but not limited to, coral die-off; exacerbated Harmful Algal Blooms like the red tide; destruction of habitat and populations of fisheries, marine mammals, and other wildlife; increased hurricane activity; heightened levels of flooding; accelerated erosion; loss of wetlands and low-lying terrestrial ecosystems; and seawater intrusion into freshwater sources.

7. Since its inception in 1969, FoE has been dedicated to the reduction of greenhouse gas emissions and domestic reliance on fossil fuels, as well as the advancement of clean energy. To this end, we have been strong proponents of the "Keep It In The Ground," "Protect All Our Coasts," and "People vs Fossil Fuels" (formerly "Build Back Fossil Free") coalition campaigns, which aim to protect public lands and waters from fossil fuel extraction. Our work toward this goal includes organizing and hosting direct-action events, legislative advocacy and policy analysis, government scrutiny and accountability, publications of reports and easy-to-read fact sheets to help educate the public, as well as other communications, outreach, and social media. We have challenged lease sales across the country through letters of protest as well as litigation where necessary. Recent legal challenges include offshore Lease

Sales 257, 259, and 261 in the Gulf of Mexico; public lands lease sales in Wyoming and California, as well as federal approvals of Applications for Permits to Drill in California; the Arctic National Wildlife Refuge; and approvals of the Peregrine and Willow exploratory plans and the Integrated Activity Plan in the National Petroleum Reserve-Alaska.

8. Friends of the Earth has spent a significant organizational effort advocating for improvements to the nation's oil and gas leasing program. Our members and activists are incredibly engaged in this work, such that during the last five years, we have collected more than 1 million petition signatures in support of phasing out oil and gas leasing on federal lands and waters. We were actively engaged in the public participation components of the draft Five Year Program, including calling for no new leases in the final plan. Specifically for this comment drive, FoE collected 270,000 signatures demanding that the final Program not lease any additional tracts in the OCS.

9. Friends of the Earth is an outspoken proponent of protecting the Gulf of Mexico from ongoing and expanded fossil fuel leasing and ensuring a just transition for the communities most impacted by the fossil fuel industry. Since my employment with FoE began in 2017, I have personally worked to protect the Gulf by lobbying members of Congress to introduce legislation that would stop offshore drilling in the region and elsewhere and issuing press statements to amplify the message that the Gulf ecosystem needs protection when it is omitted from legislative packages to end offshore drilling in other regions. FoE is also a plaintiff in several recent and ongoing cases in the U.S. District Court for the District of Columbia challenging federal actions that enable oil and gas development to persist in the Gulf in ways that risk future oil spills and further harms the Gulf's species and habitats. For example, we successfully challenged the Bureau of Ocean Energy Management's (Bureau) outdated and inadequate analysis under the

National Environmental Policy Act associated with the decision to hold Lease Sale 257 in the Gulf. More recently, FoE is a plaintiff in ongoing litigation challenging Lease Sale 259 (held in March 2023) and Lease Sale 261 (announced August 25, 2023).

      10.     Also relevant here are FoE's long-running efforts to permanently protect other areas of the OCS from drilling activity. In March, FoE raises awareness of Alaska's Exxon Valdez oil spill and uses the occasion to urge officials to protect the Arctic OCS from further drilling activity. We have been strong opponents of lease sales in Alaska's Cook Inlet, most recently advocating for the cancellation of Lease Sale 258 in 2021. In 2018, we publicly opposed Interior's position of approving Hilcorp's Liberty Project in federal waters of the Beaufort Sea, using the opportunity to also call for permanent protection of this region. In November 2018, we publicly opposed Interior's issuance of permits for seismic airgun blasting to search for oil and gas deposits deep in the Atlantic Ocean, calling for an end to oil and gas activity in the Atlantic region. Finally, related to protecting the entire OCS, Friends of the Earth was deeply engaged in the public processes around the 2018–2020 attempts to issue a revised Five Year Program, which aimed to significantly expand offshore drilling in areas that had previously been off-limits. Among other requests, we called on the administration to continue protecting these areas, including the Pacific, Atlantic, areas of the Arctic, and numerous marine sanctuaries. We are closely tracking and will submit comments opposing the administration's forthcoming, revised Five Year Program, announced on April 18, 2025, which again aims to significantly expand offshore drilling in previously off-limits regions of the ocean. We also weighed-in on the 2017 Executive Order 13795, which targeted the designation and/or expansion of marine sanctuaries, with the aim of opening these areas of oil and gas activity. FoE supported President Biden's

January 6, 2025 withdrawals of OCS lands because it removes the recurrent threat of expanded future leasing from the Eastern Gulf and the Atlantic and Pacific coasts.

11.     I understand that the State of Texas and oil industry plaintiffs in this case have challenged President Biden's January 6, 2025 decision to permanently withdraw from future oil and gas leasing the Atlantic and Pacific coasts, portions of the Eastern and Central Gulf of Mexico. President Biden's withdrawals benefit FoE and its board members, staff, and members in myriad ways. While the challenged withdrawal leaves unaddressed the majority of the Central and Western Gulf where 99% of the U.S. *current* offshore production takes place, it furthers FoE's interests in permanently halting the future expansion of oil and gas leasing beyond these areas and allow us to focus our resources and efforts on phasing out the existing development in the Gulf of Mexico. This furthers FoE's broader interests in ending new drilling in U.S. waters and protecting the marine environment and wildlife for the above- described aesthetic, recreational, activities and benefits to its board, staff, and members.

12.     If plaintiffs are successful in this case, it would undermine the years of advocacy FoE has invested to reduce the threats from oil and gas leasing and to stop the expansion of this activity. Should these areas be reopened for leasing as the plaintiffs request, it would allow for increased oil and gas leasing and directly harm FoE's interests, as well as those of its board, staff, and members in conserving the environment and protecting society from climate change, pollution, and industrialization associated with fossil fuel development and greenhouse gas emissions.

13.     The Federal Defendants in this case do not represent FoE's interests. As most directly relevant, within hours of taking the oath of office, President Trump issued an Executive Order revoking the very withdrawal plaintiffs challenge here and has made clear in public

statements that the Trump administration opposes these protections, which run contrary to its policy of maximizing oil and gas drilling on U.S. federal lands and waters as expressed in several other Executive Orders issued on Inauguration Day. In addition to removing all references to the challenged withdrawal and making clear that these areas would be available for future leasing, the Secretary of the Interior, acting in reliance on the President's revocation, has directed agencies to "expedite" new leasing on the Outer Continental Shelf. Most recently, the Secretary of the Interior has formally announced that the Interior Department is developing a new five-year program that will consider lease sales in areas protected by the withdrawal challenged in this case. Moreover, as detailed above, FoE and the federal government are frequently and currently adverse parties in a range of litigation concerning offshore lease sales and protection of wildlife, where the federal government is directly opposed to the positions and ultimate protective goals FoE seeks to achieve.

      I declare under penalty of perjury that the foregoing is true and correct. Dated this 22nd day of April, 2025, in Nashville, Tennessee.

*Hallie Templeton*