**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

STATE OF TEXAS, et al.,

                               *Plaintiffs*,

        v.

DONALD J. TRUMP, in his official capacity as President of the United States

                               *Defendant*,
      and

FRIENDS OF THE EARTH, et al.,

                 *Intervenor-Defendants*.

Case No. 9:25-cv-00010-MJT

**[PROPOSED] ORDER GRANTING APPLICANT-INTERVENOR-DEFENDANTS'
MOTION TO INTERVENE**

Upon consideration of the Motion to Intervene by Friends of the Earth, Healthy Gulf, Oceana, and Turtle Island Restoration Network, it is hereby ORDERED that the motion is GRANTED. The Proposed Answer in Intervention, which accompanied the motion to intervene, shall be deemed to have been filed and served by ECF on the date of this Order.

DATED: _____

_____
THE HONORABLE MICHAEL J. TRUNCALE
UNITED STATES DISTRICT COURT JUDGE

1