IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STATE OF TEXAS, by and through its Attorney General, Ken Paxton, and W&T OFFSHORE, INC.,<br><br>    *Plaintiffs,*<br><br>VS.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>    *Defendant.* | CIVIL ACTION NO. 9:25-CV-00010<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DENYING JOINT MOTION TO VACATE CURRENT DEADLINES AND THE MAY 22, 2025 CASE MANAGEMENT CONFERENCE

Before the Court is the Parties' Joint Motion to Vacate Current Deadlines and the May 22, 2025 Case Management Conference. [Dkt. 7]. On April 1, 2025, the Court issued an Order setting the Case Management Conference in this matter for May 22, 2025 ("CMC Order"). [Dkt. 6]. In that Order, the Court also established deadlines for the Rule 26(f) Attorney Conference, exchange of initial disclosures, and the filing of the Joint Rule 26(f) Report. *Id.* at 1.

The Parties seek to vacate the CMC Order based on the pending motion to intervene in this case [Dkt. 8] and a month-long trial beginning on May 21, 2025. [Dkt. 7 at 2]. After considering the Parties' motion, the Court denies the same.

It is therefore **ORDERED** that Parties' Joint Motion to Vacate Current Deadlines and the May 22, 2025 Case Management Conference [Dkt. 7] is hereby **DENIED**.

The Case Management Conference for this matter is hereby **RESET** to **July 28, 2025 at 1:00 p.m. in Room 221, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas**. All attorneys shall attend in person. The deadlines leading up to the Case Management Conference shall be modified as follows:

- Rule 26(f) Attorney Conference on or before **June 30, 2025**.

- Complete initial mandatory disclosures: **10 days after deadline for Rule 26(f) Attorney Conference**.

- File joint report of attorney conference: **14 days after deadline for Rule 26(f) Attorney Conference**.

**SIGNED this 5th day of May, 2025.**

_____
Michael J. Truncale
United States District Judge