IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, by and through its Attorney General, Ken Paxton, and W&T OFFSHORE, INC., | § § § § | |
| *Plaintiffs,* | § § | |
| VS. | § § | CIVIL ACTION NO. 9:25-CV-00010 JUDGE MICHAEL J. TRUNCALE |
| DONALD J. TRUMP, in his official capacity as President of the United States, | § § § § | |
| *Defendant.* | § | |

## **SCHEDULING ORDER**

The following actions shall be completed by the date indicated.[1] All communications concerning the case shall be directed to Karen McClelland, Judicial Assistant for Judge Truncale at (409) 654-6210.

| Date | Action |
|---|---|
| 08/13/2025 | Deadline for Motions to Transfer. |
| 08/25/2025 | Deadline for Intervenors to file any Motion for Judgment on the Pleadings under Federal Rule of Civil Procedure 12(c). |
| 10/10/2025 | Deadline for Plaintiffs or Defendant to file any Response to Intervenors' Motion for Judgment on the Pleadings. |
| 10/24/2025 | Deadline for Intervenors to file any Reply in Support of their Motion for Judgment on the Pleadings. |
| 11/11/2025 | Deadline for Plaintiffs' Motion for Summary Judgment. |
| 12/12/2025 | Deadline for Defendant's Opposition to Plaintiffs' Motion and Defendant's Cross-Motion for Summary Judgment. |
| 12/19/2025 | Deadline for Intervenors' Opposition to Plaintiffs' Motion and Intervenors' Cross-Motion for Summary Judgment. |
| 01/16/2026 | Deadline for Plaintiffs to file any Reply in Support of their Motion and Opposition to Defendant and Defendant-Intervenors' Cross-Motions for Summary Judgment. |
| 02/07/2026 | Deadline for Defendant to file any Reply in Support of its Cross-Motion for Summary Judgment. |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Rule of Civil Procedure 6, the effective date is the first federal court business day following the deadline imposed.

| | |
|---|---|
| 02/17/2026 | Deadline for Intervenors to file any Reply in Support of their Cross-Motion for Summary Judgment. |

## CONTESTED MOTION PRACTICE

Counsel and parties shall comply with Local Rules CV-7, 10, 11, and 56, in addition to the Federal Rules of Civil Procedure. Local Rule CV-7 requires you to attach affidavits and other supporting documents to the motion or response when allegations of fact are relied upon and do not appear in the record. Highlight the portions of the affidavits or other supporting documents that are cited in your motion or response.

## DISCOVERY DISPUTES

A magistrate judge is available during business hours to immediately hear discovery disputes and to enforce provisions of the rules. The hotline is the best means to obtain an immediate ruling on whether a discovery request is relevant to any claims or defenses and on disputes that arise during depositions. The hotline number is (903) 590-1198. *See* Local Rule CV-26(e).

**Electronic discovery:** In cases involving disputes over extensive electronic discovery counsel for both sides shall review the court's [Model] Order Regarding E-Discovery in Patent Cases before contacting the Hotline or filing motions to compel or to quash. The order can be modified for use in any case in which electronic discovery is an issue, and any ruling of the court on conduct of electronic discovery will likely be based, at least in part, on that Model Order. *See* ED Texas Website under Quick Links / Forms / Patent Forms / Order Regarding E-Discovery in Patent Cases.

## SETTLEMENT

Plaintiff's counsel shall immediately notify the court upon settlement. All papers necessary for the removal of the case from the Court's active trial docket should be filed within thirty (30) days of settlement.

## COMPLIANCE

Attorneys and pro se litigants who appear in this court must comply with the deadlines set forth in the Federal Rules of Civil Procedure, the Local Rules for the Eastern District of Texas, and this Order. **A party is not excused from the requirements of a Rule or Scheduling Order by virtue of the fact that dispositive motions are pending, the party has not completed its investigation, the party challenges the sufficiency of the opposing party's disclosure, or because another party has failed to comply with this Order or the rules**.

Failure to comply with relevant provisions of the Local Rules, the Federal Rules of Civil Procedure, or this Order may result in the exclusion of evidence at trial, the imposition of sanctions by the court, or both. Counsel is reminded of Local Rule AT-3, particularly AT-3(i) & (j).

**SIGNED this 11th day of August, 2025.**

_____
Michael J. Truncale
United States District Judge