# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> Defendant, <br><br> and <br><br> FRIEND OF THE EARTH, *et al.*, <br><br> Intervenor-Defendants. | No. 9:25-cv-10-MJT <br><br> **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES TO INTERVENORS' RULE 12(C) MOTION IN LIGHT OF THE LAPSE IN APPROPRIATIONS** |

Defendant Donald J. Trump, in his official capacity as President of the United States, hereby moves for an extension of the deadline to file responses to Intervenors Friends of the Earth *et al.*'s Motion for Judgment on the Pleadings, Dkt. No. 26. Defendant's and Plaintiffs' responses to the motion are currently due October 10, 2025. *See* First Am. Scheduling Order, Dkt. No. 24.

1.  At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The Department does not know when such funding will be restored by Congress.

2.  Absent an appropriation, Department of Justice attorneys and employees of the Federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3.     Undersigned counsel for the Department of Justice therefore requests a stay of the October 10, 2025 deadline for Plaintiffs and Defendant to file responses to Intervenors' Motion for Judgment on the Pleadings and Intervenors' deadline to file a reply in support of the motion until Congress has restored appropriations to the Department.

4.     If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, the remaining deadlines for briefing Intervenors' Rule 12(c) Motion be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5.     Defendant's counsel has contacted counsel for the parties regarding this request, and no party opposes this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the October 10, 2025 deadline to file responses to Intervenors' Motion for Judgment on the Pleadings, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

A proposed order is attached hereto.

Respectfully submitted this 3rd day of October 2025.

        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        */s/ Luther L. Hajek*
        LUTHER L. HAJEK (CO Bar # 44303)
        Trial Attorney
        United States Department of Justice
        Environment and Natural Resources Division

                    999 18th Street, North Terrace – Suite 600
Denver, CO 80202
Tel: (303) 844-1376 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 3, 2025 and that all counsel of record were served by CM/ECF.

                                          */s/ Luther L. Hajek*
                                          Luther L. Hajek
                                          Trial Attorney
                                          U.S. Department of Justice