**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| STATE OF TEXAS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> Defendant, <br><br> and <br><br> FRIENDS OF THE EARTH, *et al.*, <br><br> Intervenor-Defendants. | No. 9:25-cv-10-MJT <br><br><br> **DEFENDANT AND INTERVENOR-DEFENDANTS' JOINT STATUS REPORT** |

Pursuant to the Court's April 28, 2026 Order, Dkt. No. 38, Defendant President Donald J. Trump and Intervenor-Defendants Friends of the Earth *et al.* submit this status report regarding the status of proceedings in *Northern Alaska Environmental Center v. Trump*, No. 3:25-cv-38 (D. Alaska).  In that case, on January 16, 2026, the Federal Defendants filed a Motion to Dismiss the Second Amended Complaint for Lack of Jurisdiction.  *See N. Alaska Envtl. Ctr.*, Dkt. No. 57. The motion is fully briefed, and the court has not yet held oral argument or decided the motion.

Respectfully submitted this 30th day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ Luther L. Hajek
LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division

999 18th Street, North Terrace – Suite 600
Denver, CO 80202
Tel: (303) 241-0826 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

**Counsel for Defendant**

1

*/s/ Rebecca Ramirez*
**Rebecca Ramirez** (TX Bar #24126749)
EARTHJUSTICE
845 Texas Ave., Suite 200
Houston, TX 77002
281-698-7557 | Telephone
rramirez@earthjustice.org

**Brettny Hardy** (*pro hac vice* forthcoming)
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94105
415-217-2000 | Telephone
bhardy@earthjustice.org

**Benjamin P. Chagnon** (*pro hac vice* forthcoming)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
202-745-5210 | Telephone
bchagnon@earthjustice.org

**Lauren E. Godshall** (TX Bar #24050668)
EARTHJUSTICE
1505 Colony Place
Metairie, LA 70003
773-828-0836 | Telephone
lgodshall@earthjustice.org

**Attorneys for Intervenor-Defendants
Friends of the Earth, Healthy Gulf, Oceana,
and Turtle Island Restoration Network**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on June 30, 2026 and that all counsel of record were served by CM/ECF.

*/s/ Luther L. Hajek*
Luther L. Hajek
Trial Attorney
U.S. Department of Justice

2